# EXHIBIT A

EXHIBIT A

# EXHIBIT A

66068
BW Roehampton Hotel & Suites
Toronto, ON, Canada



# BEST WESTERN INTERNATIONAL, INC.

# APPLICANT GENERAL INFORMATION FORM

## THIS FORM MUST BE COMPLETED IN ITS ENTIRETY. FAILURE TO DO SO WILL RESULT IN A DELAY IN PROCESSING THE APPLICATION.

## CHECK <u>ONE</u> BOX ONLY:

☑   **Applicant Owns The Hotel**

☐   **Applicant is Lessee of The Hotel**

## I.   INFORMATION REGARDING APPLICANT(S)

1.      State the name and percentage of owning/leasing interest for each person or entity holding an ownership/leasing interest in the Hotel, as well as the social security number of each owner.  In this sub-part do not indicate the breakdown of interest in corporations, partnerships or limited liability companies who are owners/lessees.  Merely state the name of each owner/lessee and percent interest.  For example: XYZ Corporation - 50%, John James - 25%, Jane James - 25%.

| Full Name | Address | Phone Number | Soc. Sec. # | % Interest |
|-----------|---------|--------------|-------------|------------|
| 2245583 ONTARIO INC | | | | 100 |
| | | | | |
| | | | | |
| | | | | |

TOTAL 100  (Must Equal 100%)

2.      If any owner/lessee is not an individual (i.e. is a corporation, partnership, limited partnership, limited liability company or other entity), provide the following information for each owner/lessee:

      (1)  Corporation (answer only subparagraphs A - D);
      (2)  Partnership (answer only subparagraphs E - G);
      (3)  Limited Partnership (answer only subparagraph H);
      (2) (4)  Limited Liability Company (answer only subparagraphs I - L); and
      (5)  Other Entity (answer only subparagraph M).

1

Each Best Western Hotel is independently owned and operated.

FSC  Mixed Sources
Product group from well-managed forests, controlled sources and recycled wood or fiber
www.fsc.org  Cert no. SCS-COC-001046
© 1996 Forest Stewardship Council

## Corporation

A.  Name of Corporation: ___2245883 ONTARIO INC.___

B.  Date of incorporation and state/province of incorporation: ___2 JUNE 2016 | ONTARIO___

C.  Tax identification number for corporation: ___██████████___

D.  Names and percent of interest of each shareholder.

| Name | Soc. Sec. # | % Interest | |
|------|-------------|------------|---|
| NORSHAM INC | | 100 | SEE ATTACH'd |

## Partnership

E.  Name of Partnership: _____

F.  Date and state/province of formation of partnership: _____

G.  Names and percent of interest of each shareholder.

| Name | Soc. Sec. # | % Interest |
|------|-------------|------------|
| | | |

## Limited Partnership

H.  If a limited partnership, identify each general and limited partner and state the percentage of interest of each (use additional sheets if necessary) or attach a copy of the certificate of limited partnership, including percentage of ownership.

General Partners:

| Name | Soc. Sec. # or Corp. Tax ID # | % Ownership |
|------|-------------------------------|-------------|
| | | |

2

66068

# Best Western Roehampton Hotel and Suites Organization Chart



•Ruwenzori Enterprises Ltd.
BC, Canada

[Shares held by % ]

MS. Farhana Charania 16.66%

Mr. Mehran Charania 16.66%

Mrs. Roshankhanu Charania 16.66%

Mr. Samasdin Valji Charania 50%

•Nor-Sham Inc.
Texas, USA

[100% owned by Ruwenzori Enterprises Ltd]

•2245883 Ontario Inc.
Ont, Canada

[100% owned by Nor-Sham Inc.]

**dba: Best Western Roehampton Hotel and Suites**

Limited Partners:

| Name | Soc. Sec. # or Corp. Tax ID # | % Ownership |
|------|-------------------------------|-------------|
|      |                               |             |
|      |                               |             |
|      |                               |             |
|      |                               |             |

## Limited Liability Company

I.  Name of Company: _____

J.  Date and state/province of formation of company: _____

K.  Tax identification number for company: _____

L.  Names and percent of interest of each member.

| Name | Soc. Sec. # | % Interest |
|------|-------------|------------|
|      |             |            |
|      |             |            |
|      |             |            |
|      |             |            |

## Other Entity

M.  If an entity other than a corporation, partnership, limited partnership or limited liability company, fully describe the entity, identify each person having an ownership interest therein, and specify the percent interest of each person.

| Entity | Owner | Soc. Sec. # | % Ownership |
|--------|-------|-------------|-------------|
|        |       |             |             |
|        |       |             |             |
|        |       |             |             |
|        |       |             |             |

3

11/98

Each Best Western Hotel is independently owned and operated.

Mixed Sources
Product group from well-managed forests, controlled sources and recycled wood or fiber
www.fsc.org  Cert no. SCS-COC-001046
© 1996 Forest Stewardship Council
FSC

3.    State the date upon which each individual and/or corporation, partnership, limited partnership, limited liability company or other entity assumed an interest in the Hotel (not applicable if proposed construction).

SEPTEMBER 2010

4.    Do any of the persons or entities listed previously own, lease or operate other hotels, motels and/or resorts. ____ Yes ✓ No. If yes, for each person, corporation, partnership, limited partnership, limited liability company or other entity, give the names and addresses for all other hotels, motels and/or resorts in which each person or entity has an interest. State whether it is an owning, operating, or leasing interest, and the percentage of such interest in each (use a separate sheet, if necessary).

| Hotel | Address | City, State/Province | Type of Interest | % Ownership |
|-------|---------|----------------------|------------------|-------------|
|       |         |                      |                  |             |
|       |         |                      |                  |             |
|       |         |                      |                  |             |
|       |         |                      |                  |             |

5.    Have any of the persons or entities listed previously ever been involved with any Best Western properties? ____ Yes ✓ No. If yes, give the name of each person or entity name and the hotel name, address and nature of involvement in each (use a separate sheet, if necessary).

| Person/Entity | Hotel Name/Address | City, State/Province | Nature of involvement |
|---------------|--------------------|-----------------------|------------------------|
|               |                    |                       |                        |
|               |                    |                       |                        |
|               |                    |                       |                        |

6.    Have any of the persons or entities listed previously ever been involved in any litigation or dispute with Best Western? ____ Yes ✓ No. If yes, give the name of each person or entity name and the hotel name, address and nature of litigation/dispute (use a separate sheet, if necessary).

| Person/Entity | Hotel Name/Address | City, State/Province | Nature of litigation/dispute |
|---------------|--------------------|-----------------------|-------------------------------|
|               |                    |                       |                               |
|               |                    |                       |                               |
|               |                    |                       |                               |

7.    Have any of the persons or entities listed previously filed or been placed in bankruptcy or a receivership, or been subject to a judicial or non-judicial foreclosure action within the last ten years? ____ Yes ✓ No. If yes, state the details below.

4

11/98

## II. INFORMATION REGARDING MANAGEMENT

MANAGEMENT EXPERIENCE of person or entity who will be primarily responsible for the management of the property.

<u>2052322   ONTARIO INC.</u>
Company or Individual Name

<u>100 KINK ST. WEST,   SUITE 6600   , FIRST CANADIAN PLACE</u>
Address

<u>TORONTO</u>     <u>ONT.</u>     <u>M5X 138</u>
City             State/Province           Postal Code

<u>416 791 9051</u>
Telephone Number

<u>FARHANA CHARANIA</u>
President

_____
Vice President or Director of Finance

_____
Vice President or Director of Sales and Marketing

<u>CHRIS HOLES</u>
Vice President of Operations

List all hotels and restaurants owned and/or operated by manager or management entity within the last three years. Attach a separate sheet if necessary.

<u>BEST WESTERN ROEHAMPTON</u>
Name

<u>808 MOUNT PLEASANT TORONTO</u>
Address

<u>HOTEL</u>
Type of Business

Owned ____ Operated __✓__

From <u>8</u>/<u>04</u> to <u>8</u>/<u>10</u>
     Mo/Yr     Mo/Yr

_____
Name

_____
Address

_____
Type of Business

Owned ____ Operated ____

From _____ to _____
     Mo/Yr     Mo/Yr

_____
Name

_____
Address

_____
Type of Business

Owned ____ Operated ____

From _____ to _____
     Mo/Yr     Mo/Yr

_____
Name

_____
Address

_____
Type of Business

Owned ____ Operated ____

From _____ to _____
     Mo/Yr     Mo/Yr

5

11/98

Mixed Sources
Product group from well-managed forests, controlled sources and recycled wood or fiber
www.fsc.org  Cert no. SCS-COC-001046
© 1996 Forest Stewardship Council
FSC

## III.  INFORMATION REGARDING VOTING MEMBER

1.  Full Name: _CHRISTOPHER HALES_

2.  Mailing Address: _50'5 MOUNT PLEASANT RD, TORONTO, M4P 2L2_

_MARKHAM GROUP_  _416 791 9081_
Company Name                                                         Area Code/Telephone Number

_50 E. VALHALLA DRIVE_
Street Address - include suite number if applicable

_MARKHAM_ _ONTARIO_ _L3R 0A3_
City                                              State/Province                              Postal Code

3.  Street Address (for express mail deliveries, if different from mailing address):

_____  _____
Company Name                                                         Area Code/Telephone Number

_____
Street Address - include suite number if applicable

_____  _____
City                                              State/Province                              Postal Code

4.  Home Address (if different from mailing address):

_80 STEPHENSBROOK CIRCLE_  _416 791 9081_
Street Address                                                        Area Code/Telephone Number

_STOUFFVILLE_ _ONTARIO_ _L4A 0E5_
City                                              State/Province                              Postal Code

5.  Telephone Number (if different from above): _____

6.  Facsimile Number: _905 477 2026_

7.  Social Security Number: _____

8.  Explain affiliation with any person or entity listed previously.

_VICE PRESIDENT_

_____

_____

6

## IV.   GENERAL HOTEL INFORMATION

NUMBER OF GUEST UNITS                              NUMBER OF STORIES

Current Hotel Name                                      Hotel Telephone Number

Proposed Best Western Hotel Name (if application is approved)   Hotel Facsimile Number

Hotel Street Address (if proposed construction, provide exact site location, i.e., intersections and street address)

City (Hotel location)          State/Province         Postal Code      Name of County/Parish

City (for mailing purposes, if different than above)        State/Province            Postal Code

### Location:

General Location: _____
                  (Example:  highway, downtown, beachfront)

Distance to Major Airport: _____ Name of Airport _____

## V.   COMPLETE THIS SECTION ONLY IF APPLICANT PROPERTY IS AN EXISTING HOTEL FACILITY (if project is proposed for construction or under construction, proceed to Section VI):

Year Built _____    Year(s) Added To _____

☐   Open and Operating Hotel

☐   Hotel is Presently Closed

☐   Hotel Will Be Closed During Renovation

If renovating, estimated Completion or Opening Date _____

Please outline below your plans for renovation, e.g., exterior and interior modifications, demolition of buildings, construction of new buildings, etc. (attach additional information or submit colorboards and renderings, if available).

_____

_____

_____

11/98

Each Best Western Hotel is independently owned and operated.

FSC   Mixed Sources
Product group from well-managed forests, controlled sources and recycled wood or fiber
www.fsc.org  Cert no. SCS-COC-001046
© 1996 Forest Stewardship Council

Has the Hotel ever been affiliated with any chain, franchise, or other hotel/motel organization?____Yes ____ No. If yes, provide the names and dates of each affiliation and the reasons for the termination thereof.

_____

_____

_____

## VI. COMPLETE THIS SECTION ONLY IF APPLICANT PROPERTY IS A PROJECT PROPOSED FOR CONSTRUCTION OR UNDER CONSTRUCTION

☐ Proposed Construction Hotel

   Estimated Date When Construction Will Begin _____     Estimated Opening Date _____

☐ Under Construction Hotel (concrete footings have been poured)

   Estimated Opening Date _____

☐ Architectural Plans Enclosed With Application    Preliminary _____   Complete _____
   (For projects *under construction*, architectural plans are required at the time of application.)

☐ Architectural plans will not be available for review prior to presentation of this application to the Board of Directors; however, applicant agrees that at a minimum, preliminary plans will be submitted within 90 days from written notice of approval of application, unless otherwise specified by the Board of Directors. Applicant also agrees that plans submitted will indicate compliance with Best Western New Construction Guidelines.

NOTE: Variance request(s) must be submitted for consideration by the Board of Directors extension(s).  Outline below specific details of any known variance request(s).

_____

_____

_____

_____

RENDERINGS AND COLORBOARDS TO BE SUBMITTED FOR INCLUSION WITH THE PRESENTATION OF YOUR PROJECT, IF AVAILABLE.

## ALL APPLICANTS PROCEED TO SECTION VII

11/98

## VII.  FACILITIES, SERVICES AND AMENITIES

<u>Facilities:</u>

All facilities associated with the hotel property, e.g., restaurant, lounge, gift shop, etc., are subject to Best Western inspection.  If the property is approved for Best Western membership, all such facilities will be subject to any renovation deemed necessary by Best Western.  If any of the facilities are leased, the lease(s) must allow for Best Western inspection and renovation (see suggested lease language attached).  In addition, a copy of the lease(s) incorporating the required provision must be submitted prior to operating as a Best Western affiliate.

## PLEASE CHECK BOX FOR HOTEL FACILITIES, AMENITIES AND SERVICES AVAILABLE AND PROVIDE ADDITIONAL INFORMATION AS REQUIRED

☐  Indoor Swimming Pool*                    ☐  Exercise Room

☐  Outdoor Swimming Pool*                   ☐  Sauna

☐  Game Room                                ☐  Whirlpool

☐  Tennis Courts                            ☐  Complimentary Continental
                                               Breakfast Served
    ____ On premises
                                            ☐  Continental Breakfast
    ____ Adjacent               Served

☐  Golf Course                              ☐  Guest Laundry

    ____ On Premises            ☐  Airport Courtesy Car

    ____ Adjacent              ☐  Concierge

☐  Microwave in rooms _____%             ☐  Refrigerator in rooms _____%

☐  Cocktail Lounge on Premises       _____ Owned       _____ Leased

☐  Meeting/Function Space            _____ Owned       _____ Leased

☐  Banquet Service Available

☐  Gift Shop                         _____ Owned       _____ Leased

☐  Hair Salon                        _____ Owned       _____ Leased

*As a minimum, Best Western requires a swimming pool at the Hotel, which meets established specifications.  If not in compliance, please submit a letter outlining your situation, which will then be submitted to the Board of Directors for consideration of a waiver.

11/98



Mixed Sources
Product group from well-managed forests, controlled sources and recycled wood or fiber
www.fsc.org  Cert no. SCS-COC-001046
© 1996 Forest Stewardship Council
FSC

Each Best Western Hotel is independently owned and operated.

☐   Restaurant on Premises (defined as connected to or located within the lodging establishment).

      _____ Owned     _____ Leased

      Name of Restaurant: _____

      Hours of Operation: _____ a.m. to _____ p.m.

☐   Restaurant not located within or connected to the lodging establishment (please complete the following):

| Name of Closest Restaurants(s) | Hours of Operation | Table Service | Distance in Feet From Your Hotel Lobby |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Are any of the above restaurants located in another lodging establishment? \_\_\_\_ Yes \_\_\_\_ No

If yes, state the name of the lodging establishment(s): _____

_____

Other Amenities/Facilities/Services (identify any that are leased): _____

_____

_____

_____

_____

_____

## VIII.  INSURANCE

_____

Name of Insured

_____

Insurance Company Name and Address

_____

Agent's Name and Address

_____

Policy No.                                           Policy Period

_____

Insurer Policy Limits

11/98

## IX.   CERTIFICATION

I certify that all information in this application is true and correct.  I understand that falsification of any information shall be grounds for denial of the Membership Application and Agreement or termination of membership.

Date:   9\15\10

CHRIS WALES
Name Of Voting Member (Print or Type)

Signature (DO NOT USE ANY TITLE)

**11**

11/98

Mixed Sources
FSC
Each Best Western Hotel is independently owned and operated.

## IX.    CERTIFICATION

I certify that all information in this application is true and correct.  I understand that falsification of any information shall be grounds for denial of the Membership Application and Agreement or termination of membership.

Date: _____

_____
Name Of Voting Member (Print or Type)

_____
Signature (DO NOT USE ANY TITLE)

11

Each Best Western Hotel is independently owned and operated.

® Mixed Sources
Product group from well-managed
forests, controlled sources and
recycled wood or fiber
www.fsc.org  Cert no. SCS-COC-001046
FSC   © 1996 Forest Stewardship Council