# EXHIBIT D

# EXHIBIT D

**EXHIBIT D**

66068   8/4/17

RECEIVED AUG 23 2017

# Best Western International, Inc.
## Application for Change in Voting Member/ Voter Registration Card

| 66068 | BW Roehampton Hotel & Suites | Toronto, ON |
|---|---|---|
| Property Number | Property Name | City and State/Province |

All sections must be filled out completely for application to be valid.

### This section is to be filled out by the Current Voting Member and the Current Owner/Lessee.

| Chris Hales | [signature] | July 20th 2017 |
|---|---|---|
| Name of Current Voting Member | Signature | Date |
| 2245883 Ontario Inc. | [signature] | July 20th 2017 |
| Name of Current Owner/Lessee | Signature of Authorized Signer* | Date |

The above Current Voting Member and Current Owner/Lessee request that in connection with the above-referenced property, the Proposed New Voting Member below be substituted for the Current Voting Member. We agree that if this Application is approved by Best Western, the Membership Application and Agreement and any amendments thereto, and any forms signed in connection with this property, shall continue to apply as though fully re-executed by the Current Owner/Lessee and the Proposed New Voting Member. This application shall be deemed approved unless you are notified to the contrary within 30 days after Best Western's receipt of the application. If approved, the application will be deemed approved from the date of the application. The Current Owner/Lessee certifies that there is no change in owners or lessees of the property.

*The person signing on behalf of the Current Owner/Lessee warrants that he/she is authorized to bind the Owner/Lessee. If there is more than one Current Owner/Lessee, please use additional pages.

### This section to be filled out by the Proposed New Voting Member.

| Kareem Eusoph Sethi | | | |
|---|---|---|---|
| Full Name (please print) | | Social Security Number/SIN | |
| 44 Victoria Street, Suite 1517 | Toronto, | Ontario   M5C-1Y2 | Canada |
| Mailing Address (All correspondence will be sent to this address). | City   State/Province | Zip Code (9 digit if US) | Country |
| 416 364-9816 | 416 364 9816 | ksethi@streetwisecapital.com | |
| Telephone Number (during normal business hours). | Fax Number | E-mail | |

Director of Corporation
Explain affiliation with Owner or Lessee: (Examples: Partner, Managing Partner, General Manager, Director of Operations, other).
DIRECTOR / MANAGER

Have you attended Voting Member Orientation in Phoenix? ■ No.   ☐ Yes. Date?_____ For BW Member #_____
If you are the General Manager have you attended the General Manager Training Program in Phoenix?
☐ No.   ☐ Yes. Date? _____

I certify that the above information in this section is true and correct. I have received, read, understand and agree to be bound by the Membership Application and Agreement executed in connection with the above-referenced property, as though fully restated and re-executed by me on this date. I understand that the voting member is personally liable for all Best Western obligations. I consent to the use of the email address(es) and facsimile number(s) given above by Best Western to send me commercial and promotional messages, and other information relating to Best Western, as part of an existing and ongoing business relationship. This consent also applies to email address(es) and facsimile number(s) that I or the property's staff may give to or use with Best Western in the future. I authorize Best Western to send email messages and facsimiles to the full extent permitted by current law and in the future, without any additional authorization. I reserve the right to withdraw this consent at any time by informing Best Western in writing.

[signature]                                        AUGUST 4, 2017
Signature (Do not use a title)                     Date

**Mail the original form to:** Attn: District Manager • Best Western International Inc. • 6201 N. 24th Parkway • Phoenix, AZ 85016
(Rev. 10/21/15)

MSA # 8-18   8/24/17  AD