# EXHIBIT E

EXHIBIT E

EXHIBIT E



April 30, 2018

Mr. Kareem Sethi                                    EXPRESS
44 Victoria Street, Suite 1517
Toronto, ON, Canada  M5C 1Y2

Re:    Roehampton Hotel & Suites
       Toronto, ON, Canada
       Member No.:  T-66068

Dear Mr. Shah:

The Best Western International, Inc. ("Best Western") Board of Directors appreciated having the
opportunity to meet with you recently to discuss the membership status of your Property.  The
information provided prior to and during the hearing was also reviewed.  After full and complete
consideration of the information provided, it was the decision to cancel all aspects of the Property's
membership effective immediately.

We have deleted the Property's listing from our reservations system and cancelled its participation in
Best Western's master credit card agreements.  In addition, please note that you must take
appropriate steps to discontinue all use of the Best Western name and logo at your Property effective
immediately.

**You must also ensure that all of the instructions outlined in this letter are followed carefully
and promptly and within the timeframes listed.  Specifically:**

- Remove all Best Western signs, symbols, designs, trademarks and service marks ("Best
  Western Marks") from the Property as required by your Application for Change in Voting
  Member form with Best Western and by Best Western's Rules and Regulations, including
  Rule 300.6.  Please note that this includes not only the sign faces, but also the actual sign
  cabinets if curvilinear in shape that display or are part of Best Western Marks**.**  You are
  responsible for the actual expenses incurred in removing all Best Western Marks.  Please
  ensure that photographs and written confirmation of compliance with this requirement are
  received in our office within fifteen (15) days from your effective termination date.

  *Note:  Enclosed is a copy of the Application for Change in Voting Member form which you
  signed indicating your understanding of Best Western's ownership of the Best Western
  Marks.*

Roehampton Hotel & Suites
Toronto, ON, Canada
Member No.:  T-66068
April 30, 2018
Page 2 of 3

- Remove all references to your property as a Best Western branded hotel, regardless of where these references are or what kind of media contains them within fifteen (15) days from your effective termination date.  This includes, but is not limited to, advertising, collateral and promotional material, amenities, White and Yellow Pages listings/ads, directory assistance, hotel and travel guides and directories, billboards and highway signs, web sites, domain name registrations, etc.  You are responsible for instructing the appropriate parties to make these changes (state and federal highway agencies, webmasters, etc.) as well as notifying your High Speed Internet Access (HSIA) provider to remove the SSID (Best Western) network name from the wireless access ports.  Please note this applies to both Best Western endorsed vendors and non-endorsed HSIA vendors.

- Contact Best Western's E-Commerce Department at ecom@bestwestern.com within fifteen (15) days from your effective termination date to obtain relevant technical information to advise your domain registrars to transfer your Best Western domain names to Best Western by this date.

- **Complete and return the enclosed "Logo Removal Checklist and Affidavit" submit photographs within fifteen (15) days from your effective termination date to Best Western confirming that all of Best Western's logo'd items used at the Property/or elsewhere in conjunction with the Property have been removed.  Please send all required items via email to brandmgmtadmin@bestwestern.com.**

  *Continued use of these marks, including on the internet, is an infringement and is illegal. Your Membership Agreement with Best Western requires you to pay hundreds of dollars a day for each day you infringe and Federal laws may require you to pay Best Western three (3) times the value of the amount of harm you cause Best Western if you infringe.*

- Your Best Western reservations communications solution (VSAT or Managed Security Service) will be disabled ten (10) business days from your effective termination date. If your property uses VSAT, you are responsible for the removal and disposal of the equipment, as it does not need to be returned to Best Western.  If your property is using the Managed Security Service (MSS), you are responsible for returning the MSS firewall appliance to Best Western by this date.  You must contact the Best Western BestNet Service Desk to coordinate the return of the MSS equipment.  The BestNet Service Desk can be reached at (800) 237-8638.

- Please note that access to MemberWEB and two-way interface will be terminated following the date of this letter.

Roehampton Hotel & Suites
Toronto, ON, Canada
Member No.:  T-66068
April 30, 2018
Page 3 of 3

## BEST WESTERN ACCOUNT

- Make arrangements to clear the remaining balance owed on your Best Western account as soon as possible, including the charges for fees and dues for the remainder of the fiscal year as specified in Article II, Section 5 (B) of the Bylaws. If you have any orders pending with the Best Western Supply Department, they may be shipped (with the exception of logo'd items) upon full prepayment by credit card or by cashier's check.  If you have any questions concerning the account, please contact Mr. Thomas Wiegand in our Accounting Department at (602) 957-5762.

## FUTURE RESERVATIONS

- Best Western requires that you honor existing and future reservations.  Guests will be expecting the same Best Western policies that applied when they made the reservations to apply during their stays, e.g., form of payment, credit card policies, etc.  You must advise the Best Western Customer Care Department at (800) 528-1238 if you will not honor these policies so that Best Western can rebook the guests at another Best Western facility.

- With regard to reservations after the date of cancellation, Best Western will be contacting your guests and advising them that the hotel is no longer a Best Western hotel.

- Your hotel will be removed from Best Western's reservations systems, to include bestwestern.com, effective immediately.

## BEST WESTERN REWARDS®

- Your past participation in the Best Western Rewards Program has been appreciated. However, at this time, we must ask that you destroy your Best Western Rewards materials or send them to our office.  If Best Western Reward points are awarded to your guests after your effective cancellation date, your Best Western account will be charged accordingly.

If you have any additional questions, please contact me at (602) 957-5582 or via email at andrea.bagneschi@bestwestern.com.

Sincerely,

Andrea Bagneschi
Senior Manager, Brand Management Administration

AB/mac
Enclosures



## LOGO REMOVAL CHECKLIST

This checklist is intended to help you determine if all Best Western logo'd items used at the hotel and / or in conjunction with the hotel have been removed. This list may not be all inclusive and it is your responsibility to ensure that the use of the Best Western logo and name at and in conjunction with your hotel has been completely discontinued. Further, it will be necessary for you to contact the local Chamber of Commerce to request that Best Western representation be removed from their maps and contact any publications, such as Travel Directories, Telephone Directories, Trade Magazines, etc., to request the next printing does not include the Best Western logo or the words "Best Western" in conjunction with your hotel. **Photographs must also be submitted showing the Best Western signs have been removed and/or replaced. This includes not only the sign faces, but also the actual sign cabinets if curvilinear in shape that display or are part of Best Western Marks. Please send all required items via email to** brandmgmtadmin@bestwestern.com.

Former Best Western Member Number:   T-66068
Property Name:   Roehampton Hotel & Suites
City & State or Province:   Toronto, ON, Canada

| ITEM | REMOVED | | | |
|---|---|---|---|---|
| | Yes | No | N/A | Date/Comments |
| Best Western Highway Billboards | ☐ | ☐ | ☐ | |
| Best Western Department of Transportation signs | ☐ | ☐ | ☐ | |
| Internet Domain Names / Websites (other than the site set up for you by BWI) | ☐ | ☐ | ☐ | |
| SSID (Wireless Network Name) | ☐ | ☐ | ☐ | |
| Airport Duratrans | ☐ | ☐ | ☐ | |
| Logo'd items found at the property | ☐ | ☐ | ☐ | |
| Brochures | ☐ | ☐ | ☐ | |
| State Welcome Centers | ☐ | ☐ | ☐ | |

| | |
|---|---|
| Chamber of Commerce Maps, Travel Directories, Telephone Directories, Trade Magazines, etc. | Submit copy of all correspondence requesting BW be removed in conjunction with your hotel |
| Exterior Best Western Signs | Submit day and night photos indicating signs have been removed |



Former Best Western Member Number: <u>T-66068</u>
Property Name: <u>Roehampton Hotel & Suites</u>
City & State or Province: <u>Toronto, ON, Canada</u>

## AFFIDAVIT (Page 1 of 2)

STATE/PROVINCE OF _____

County of _____

The undersigned Affiant, being first duly sworn upon oath, deposes and says:

1. I have personal knowledge of the facts stated in this Affidavit.

2. I make this Affidavit in connection with the _____ ("the Hotel"), a former member of Best Western International, Inc. ("Best Western").

3. I am aware that Best Western's trade name, trademarks, service marks, logos, and other similar identification symbols (the "Best Western Marks") are protected by numerous federal registrations.

4. I am aware that the Hotel's Best Western membership and affiliation was terminated on or about _____, and, as a result of that termination, the Hotel no longer has any right or authorization to use the Best Western Marks, or any similar marks, or the names "Best Western," "Best Western Hotels," or any similar names.

5. I personally checked and verified that:

   (a)   The Hotel no longer uses the Best Western Marks, or any similar marks, or the names "Best Western," "Best Western Hotels," or any similar names in connection with the Hotel's business, services, or products.

## AFFIDAVIT (Page 2 of 2)

Former Best Western Member Number: <u>T-66068</u>

(b)     The Hotel has removed all sign faces, sign cabinets if curvilinear in shape, banners, and letters, has withdrawn and destroyed all advertising, internet-based pages, promotional materials, or other materials, and has removed all other objects and items bearing the Best Western Marks, or any similar marks, or the names "Best Western," "Best Western Hotels," or any similar names.

(c)     The hotel has made reasonable efforts to contact travel web sites known to contain an improper listing of the Hotel, arranged for removal or alteration of the hotel's listing, and subsequently confirmed removal of the listing;

(d)     The Hotel no longer states or implies in any way to any person that the Hotel is affiliated with or endorsed by Best Western in any way whatsoever.

(e)     The Hotel no longer does business with any entity that engages in the foregoing violations.

**Attached are photos evidencing my compliance with all of the above requests.**

Signature of Affiant: _____

Printed Name: _____

SUBSCRIBED AND SWORN to before me this ___ day of _____, 20___, by

_____, in the County of _____, State/Province of

_____

_____

Notary Public

My Commission Expires: _____

66068                                                                                          8/4/17

RECEIVED AUG 2 3 2017

# Best Western International, Inc.
## Application for Change in Voting Member/ Voter Registration Card

| 66068 | BW Roehampton Hotel & Suites | Toronto, ON |
|---|---|---|
| Property Number | Property Name | City and State/Province |

All sections must be filled out completely for application to be valid.

### This section is to be filled out by the Current Voting Member and the Current Owner/Lessee.

| Chris Hales | *[Signature]* | July 20th 2017 |
|---|---|---|
| Name of Current Voting Member | Signature | Date |
| 2245883 Ontario Inc. | *[Signature]* | July 20th 2017 |
| Name of Current Owner/Lessee | Signature of Authorized Signer* | Date |

The above Current Voting Member and Current Owner/Lessee request that in connection with the above-referenced property, the Proposed New Voting Member below be substituted for the Current Voting Member. We agree that if this Application is approved by Best Western, the Membership Application and Agreement and any amendments thereto, and any forms signed in connection with this property, shall continue to apply as though fully re-executed by the Current Owner/Lessee and the Proposed New Voting Member. This application shall be deemed approved unless you are notified to the contrary within 30 days after Best Western's receipt of the application. If approved, the application will be deemed approved from the date of the application. The Current Owner/Lessee certifies that there is no change in owners or lessees of the property.

*The person signing on behalf of the Current Owner/Lessee warrants that he/she is authorized to bind the Owner/Lessee. If there is more than one Current Owner/Lessee, please use additional pages.

### This section to be filled out by the Proposed New Voting Member.

| Kareem Eusoph Sethi | | |
|---|---|---|
| Full Name (please print) | | Social Security Number/SIN |
| 44 Victoria Street, Suite 1517 | Toronto,   Ontario   M5C-1Y2 | Canada |
| Mailing Address (All correspondence will be sent to this address). | City   State/Province   Zip Code (9 digit if US) | Country |
| 416 364-9816 | 416 364 9816 | ksethi@streetwisecapital.com |
| Telephone Number (during normal business hours). | Fax Number | E-mail |

Director of Corporation

Explain affiliation with Owner or Lessee: (Examples: Partner, Managing Partner, General Manager, Director of Operations, other).
DIRECTOR / MANAGER

Have you attended Voting Member Orientation in Phoenix? ☑ No.  ☐ Yes. Date?_____ For BW Member #_____
If you are the General Manager have you attended the General Manager Training Program in Phoenix?
☐ No.  ☐ Yes. Date?_____

I certify that the above information in this section is true and correct. I have received, read, understand and agree to be bound by the Membership Application and Agreement executed in connection with the above-referenced property, as though fully restated and re-executed by me on this date. I understand that the voting member is personally liable for all Best Western obligations. I consent to the use of the email address(es) and facsimile number(s) given above by Best Western to send me commercial and promotional messages, and other information relating to Best Western, as part of an existing and ongoing business relationship. This consent also applies to email address(es) and facsimile number(s) that I or the property's staff may give to or use with Best Western in the future. I authorize Best Western to send email messages and facsimiles to the full extent permitted by current law and in the future, without any additional authorization. I reserve the right to withdraw this consent at any time by informing Best Western in writing.

| *[Signature]* | August 4, 2017 |
|---|---|
| Signature (Do not use a title) | Date |

Mail the original form to: Attn: District Manager • Best Western International Inc. • 6201 N. 24th Parkway • Phoenix, AZ 85016
(Rev. 10/21/15)

MSA # 8-18   8/24/17   AD

# Ship Request Form

**Ship Request #:**    137273



## Sender

| | |
|---|---|
| **Name:** | Mary Celaya |
| **Account #:** | |
| **Phone:** | (602) 957-5899 |
| **Email:** | mary.celaya@bestwestern.com |
| **Mail Stop:** | |
| **Building** | |
| **Floor:** | |
| **Cost Center:** | CC900 |

## Recipient

| | |
|---|---|
| **Attn To:** | Mr. Kareem Sethi |
| **Company:** | Roehampton Hotel & Suites |
| **Address:** | 44 Victoria Street, Suite 1517 |
| **City:** | Toronto |
| **State:** | ON |
| **Zip:** | M5C 1Y2 |
| **Country:** | CA |

## Shipping Instructions

Admin cancel letter dated 4/30/18 for T-66068

## Items

| Units | | Description | Code | Origin | Unit Value | Total Value |
|---|---|---|---|---|---|---|
| 1.00 | PCS | | 000001 | US | $1.00 | $1.00 |