# EXHIBIT F

**E**
**X**
**H**
**I**
**B**
**I**
**T**

**F**

# EXHIBIT F



**BEST WESTERN INTERNATIONAL, INC.**
**P.O. BOX 99226,STN A**
**TORONTO, ON M5W OJ6 CANADA**

BEST WESTERN ROEHAMPTON HOTEL & SUITES
808 MT. PLEASANT ROAD
TORONTO, ONTARIO M4P 2LR CANADA

# BW | Best Western.
### Hotels & Resorts

**BEST WESTERN INTERNATIONAL, INC.**
**P.O. BOX 99226,STN A**
**TORONTO, ON M5W OJ6 CANADA**

| | |
|---|---|
| **Statement Date:** | Apr 1, 2018 |
| **GST Registration #124759580** | |

| | |
|---|---|
| **CAD Amount Due :** | 33,297.29 |
| **Canadian $ Paid :** | |
| **Alternatively Pay US $:** | 26,077.27 |
| **US $ Paid:** | |

**Account #:  66068**

BEST WESTERN ROEHAMPTON HOTEL & SUITES
808 MT. PLEASANT ROAD
TORONTO, ONTARIO M4P 2LR CANADA

Billing Inquiries:
1-800-670-7234

PLEASE CUT HERE AND RETURN WITH YOUR PAYMENT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## OPERATING ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | 115,808.13 | **Aging Summary** | |
| Payments | (106,289.28) | Current | 23,778.44 |
| Operating Charges, Credits | 16,564.89 | 30 Days | 922.21 |
| BWS Charges, Credits | 0.00 | 60 Days | 1,419.18 |
| BWR Program Charges, Credits | 7,213.55 | 90 Days | 0.40 |
| | | 120 Days & Over | 7,177.06 |
| | | Payment Not Yet Applied to Invoices | 0.00 |
| Ending Balance-Amount Due | 33,297.29 | | 33,297.29 |
| | | | |
| **BW Supply Credit & Deposit Summary** | | **BW Supply Credit Available (*):** | |
| Credit Base | 25,000.00 | | 24,372.45 |
| Plus: Letters of Credit | 0.00 | | |
| Plus: Cash Deposits | 0.00 | (*) Total Line of Credit less | |
| Plus: Renovation Credit | 0.00 | BWS orders outstanding not | |
| | | yet billed not yet paid. | |
| Total Line of Credit | 25,000.00 | | |

## PAYMENT OPTIONS

| **To pay by EFT:** | | **To pay by check:** | |
|---|---|---|---|
| BWI Bank: | Royal bank of Canada | Payable to: | Best Western International, Inc. |
| Address: | 180 Wellington St. West, 5th Floor | Mail to: | Best Western International, Inc. |
| | Toronto, ON M5J 1J1 | | P.O. Box 99226, STNA |
| Bank ID #: | 00309591 | | Toronto, ON M5WOJ6 Canada |
| Beneficiary Name: | Best Western International, Inc. | PLEASE: | INCLUDE YOUR ACCOUNT NUMBER |
| Beneficiary account #: | 1043413 | | |
| PLEASE: | INCLUDE YOUR ACCOUNT NUMBER | | |

## IMPORTANT NEWS

Thank you for your prompt payment. If you are not paying your statement in full, please provide a detailed explanation for the difference.
"Go Green"!  Ask how - GoPaperless@bestwestern.com

DUE AND PAYABLE UPON RECEIPT. All accounts 45 days and older are subject to a 1 1/2% late charge per month (APR18%).

Each BEST WESTERN® branded hotel is independently owned and operated.

# BW | Best Western.
## Hotels & Resorts

Page 2

**Account #:  66068**

**Statement Date:**          Apr 1, 2018

**BEST WESTERN ROEHAMPTON HOTEL & SUITES**
**808 MT. PLEASANT ROAD**
**TORONTO, ONTARIO M4P 2LR CANADA**

| PAYMENTS | | | |
|---|---|---|---|
| **DATE** | **REFERENCE** | **DESCRIPTION** | **AMOUNT** |
| 03/01 | | Payment Received Thank You<br>Check 397 | (21,055.67) |
| 03/01 | | Payment Received Thank You<br>Check 396 | (22,396.82) |
| 03/01 | | Payment Received Thank You<br>Check 395 | (25,007.76) |
| 03/21 | | Payment Received Thank You<br>Check 446 | (1,146.61) |
| 03/21 | | Payment Received Thank You<br>Check 447 | (16,870.20) |
| 03/21 | | Payment Received Thank You<br>Check 448 | (19,812.22) |
| **Total Payments** | | | **(106,289.28)** |

| OPERATING CHARGES, CREDITS | | | |
|---|---|---|---|
| **DATE** | **REFERENCE** | **DESCRIPTION** | **AMOUNT** |
| 03/08 | 0000596486 | VARIABLE CONSORTIA CWT - SEE ATTACHED<br>includes $14.44 HST Tax (0.13%) | 125.53 |
| 03/13 | 0000599953 | REVCASTER<br>APRIL 2018 REPORTS<br>includes $15.70 HST Tax (0.13%) | 136.47 |
| 03/14 | 0000601782 | TOOLS FOR SUCCESS<br>includes $4.26 HST Tax (0.13%) | 37.00 |
| 03/14 | 0000602273 | APRIL ADVERTISING ASSESSMENT<br>includes $231.59 HST Tax (0.13%) | 2,013.08 |
| 03/14 | 0000605801 | APRIL MONTHLY FEE<br>includes $939.43 HST Tax (0.13%) | 8,165.79 |
| 03/14 | 0000606090 | APR 2018 MONTHLY FEE<br>NON-RESIDENT W/H TAX CREDIT | (85.90) |
| 03/16 | 0000609554 | APRIL 2018 VSAT EQUIPMENT<br>MONTHLY TERMINAL CHARGE<br>includes $1.08 HST Tax (0.13%) | 9.38 |

# BW | Best Western.
### Hotels & Resorts

Page 3

Account #: 66068                                                          Statement Date:        Apr 1, 2018

**BEST WESTERN ROEHAMPTON HOTEL & SUITES**
**808 MT. PLEASANT ROAD**
**TORONTO, ONTARIO M4P 2LR CANADA**

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| | | **OPERATING CHARGES, CREDITS** | |
| 03/19 | 0000611256 | APRIL 2018 VSAT<br>MONTHLY COMMUNICATION CHARGE<br>includes $9.71 HST Tax (0.13%) | 84.41 |
| 03/19 | 0000615006 | TWO-WAY MAINTENANCE - MAR18<br>PROPERTY 66068<br>includes $11.45 HST Tax (0.13%) | 99.55 |
| 03/20 | 0000615530 | SERVICE CHARGES ON BALANCES<br>45 DAYS OR OLDER<br>includes $51.90 HST Tax (0.13%) | 451.10 |
| 03/22 | 0000616659 | VOTING MEMBER TRAINING FEB 22-23, 2018<br>K. SETHI - NO SHOW<br>includes $83.00 HST Tax (0.13%) | 721.44 |
| 03/22 | 0000619674 | GDS 02/23-03/22 - SEE AIRLINE RESERVATION BILLING  ATTACHED<br>includes $56.39 HST Tax (0.13%) | 490.14 |
| 03/22 | 0000621736 | 3RD PTY INTERNET FEE 02/23-03/22- SEE AIRLINE RESERVATION BILLING  ATTACHED<br>includes $84.56 HST Tax (0.13%) | 735.00 |
| 03/26 | 0000623254 | GFIT / CENTRAL BILL - SEE FIT PROPERTY REPORT ATTACHED | (5,500.83) |
| 03/26 | 0000624869 | TRAVEL CARD REDEMPTION- SEE ATTACHED | (832.19) |
| 03/26 | 0000627637 | FLAT COMMISSION - BESTCHEQUE _ SEE TRAVEL AGENT COMMISSIONS ATTACHED<br>includes $29.65 HST Tax (0.13%) | 257.74 |
| 03/26 | 0000630746 | TRAVEL AGENT COMMISSIONS - SEE ATTACHED<br>includes $182.01 HST Tax (0.13%) | 1,582.05 |
| 03/26 | 0000631981 | BESTCHEQUE/TA DIRECT-SEE TA COMMISSIONS BACKUP<br>includes $234.59 HST Tax (0.13%) | 2,039.04 |
| 03/26 | 0000635642 | TECHNOLOGY ASSESSMENT-SEE DETAILS IN MEMBER WEB<br>includes $201.46 HST Tax (0.13%) | 1,751.12 |
| 03/27 | 0000638893 | APRIL 18-ONPQ COOP FEES<br>MONTH OF APRIL 18<br>includes $63.40 HST Tax (0.13%) | 551.07 |
| 03/28 | 0000640576 | PERFORMANCE BASED MARKETING SUPPORT.PBM@BESTWESTERN.COM- SEE ATTACHED<br>includes $268.37 HST Tax (0.13%) | 2,332.76 |

# BW | Best Western.
### Hotels & Resorts

Account #:  66068                                                                                    Statement Date:                     Apr 1, 2018

**BEST WESTERN ROEHAMPTON HOTEL & SUITES**
**808 MT. PLEASANT ROAD**
**TORONTO, ONTARIO M4P 2LR CANADA**

| OPERATING CHARGES, CREDITS | | | |
|---|---|---|---|
| **DATE** | **REFERENCE** | **DESCRIPTION** | **AMOUNT** |
| 03/30 | 0000644599 | SALES & MARKETING ASSESSMENT | 1,401.06 |
| | | SEE DETAILS IN MEMBER WEB | |
| | | includes $161.18 HST Tax (0.13%) | |

| **Total Operating Charges, Credits** | | | **16,564.89** |
|---|---|---|---|

| BW REWARDS PROGRAM CHARGES, CREDITS | | | |
|---|---|---|---|
| **DATE** | **REFERENCE** | **DESCRIPTION** | **AMOUNT** |
| 03/08 | 0000588771 | PARTNER REWARDS - SEE PARTNER REWARDS DETAIL ACTIVITY REPORT ATTACHED | 677.27 |
| | | includes $77.92 HST Tax (0.13%) | |
| 03/08 | 0000589296 | AIR MILES - SEE PARTNER REWARDS DETAIL ACTIVITY REPORT ATTACHED | 22.14 |
| | | includes $2.55 HST Tax (0.13%) | |
| 03/08 | 0000590301 | BW REWARDS CHARGE - SEE BWR DETAIL ACTIVITY REPORT ATTACHED | 10,109.90 |
| | | includes $1,163.09 HST Tax (0.13%) | |
| 03/08 | 0000593216 | FREE NIGHT VOUCHER CREDITS- SEE ATTACHED | (1,677.16) |
| 03/08 | 0000593431 | PARTNER REWARDS REBATE - SEE PARTNER REWARDS DETAIL ACTIVITY REPORT ATTACHED | (10.19) |
| 03/08 | 0000594360 | BW REWARDS REBATE - SEE BWR DETAIL ACTIVITY REPORT ATTACHED | (1,908.41) |

| **Total BW Rewards Program Fees and Credits** | | | **7,213.55** |
|---|---|---|---|



**BEST WESTERN INTERNATIONAL, INC.**
**P.O. BOX 99226,STN A**
**TORONTO, ON M5W OJ6 CANADA**

ROEHAMPTON HOTEL & SUITES
808 MT. PLEASANT ROAD
TORONTO, ONTARIO M4P 2LR CANADA

# BW | Best Western®
## Hotels & Resorts

| | |
|---|---|
| **BEST WESTERN INTERNATIONAL, INC.** | **Statement Date:** May 1, 2018 |
| P.O. BOX 99226,STN A | **GST Registration #124759580** |
| TORONTO, ON M5W OJ6 CANADA | |

| | |
|---|---|
| | **CAD Amount Due :** 27,364.04 |
| | **Canadian $ Paid :** |
| **Account #:  66068** | **Alternatively Pay US $:** 21,227.52 |
| | **US $ Paid:** |

ROEHAMPTON HOTEL & SUITES
808 MT. PLEASANT ROAD
TORONTO, ONTARIO M4P 2LR CANADA

Billing Inquiries:
1-800-670-7234

PLEASE CUT HERE AND RETURN WITH YOUR PAYMENT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## OPERATING ACCOUNT SUMMARY

| **Beginning Balance** | 33,297.29 | **Aging Summary** | |
|---|---|---|---|
| Payments | (33,196.89) | Current | 27,263.64 |
| Operating Charges, Credits | 19,421.07 | 30 Days | 0.00 |
| BWS Charges, Credits | 0.00 | 60 Days | 0.00 |
| BWR Program Charges, Credits | 7,842.57 | 90 Days | 0.00 |
| | | 120 Days & Over | 100.40 |
| | | Payment Not Yet Applied to Invoices | 0.00 |
| Ending Balance-Amount Due | 27,364.04 | | 27,364.04 |

| **BW Supply Credit & Deposit Summary** | | **BW Supply Credit Available (*):** | |
|---|---|---|---|
| Credit Base | 0.00 | | 0.00 |
| Plus: Letters of Credit | 0.00 | | |
| Plus: Cash Deposits | 0.00 | (*) Total Line of Credit less | |
| Plus: Renovation Credit | 0.00 | BWS orders outstanding not | |
| | | yet billed not yet paid. | |
| Total Line of Credit | 0.00 | | |

## PAYMENT OPTIONS

| **To pay by EFT:** | | **To pay by check:** | |
|---|---|---|---|
| BWI Bank: | Royal bank of Canada | Payable to: | Best Western International, Inc. |
| Address: | 180 Wellington St. West, 5th Floor | Mail to: | Best Western International, Inc. |
| | Toronto, ON M5J 1J1 | | P.O. Box 99226, STNA |
| Bank ID #: | 00309591 | | Toronto, ON M5WOJ6 Canada |
| Beneficiary Name: | Best Western International, Inc. | PLEASE: | INCLUDE YOUR ACCOUNT NUMBER |
| Beneficiary account #: | 1043413 | | |
| PLEASE: | INCLUDE YOUR ACCOUNT NUMBER | | |

## IMPORTANT NEWS

Thank you for your prompt payment. If you are not paying your statement in full, please provide a detailed explanation for the difference.

DUE AND PAYABLE UPON RECEIPT. All accounts 45 days and older are subject to a 1 1/2% late charge per month (APR18%).

Each BEST WESTERN® branded hotel is independently owned and operated.

# BW | Best Western.
### Hotels & Resorts

Page 2

**Account #:  66068**

**Statement Date:**     May 1, 2018

**ROEHAMPTON HOTEL & SUITES**
**808 MT. PLEASANT ROAD**
**TORONTO, ONTARIO M4P 2LR CANADA**

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| | | **PAYMENTS** | |
| 04/05 | | Payment Received Thank You<br>Check 461 | (3,139.49) |
| 04/05 | | Payment Received Thank You<br>Check 460 | (3,139.48) |
| 04/05 | | Payment Received Thank You<br>Check 452 | (3,139.48) |
| 04/18 | | Payment Received Thank You<br>Check 472 | (23,778.44) |
| **Total Payments** | | | **(33,196.89)** |

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| | | **OPERATING CHARGES, CREDITS** | |
| 04/06 | 0000655227 | VARIABLE CONSORTIA CWT - SEE ATTACHED<br>includes $20.11 HST Tax (0.13%) | 174.80 |
| 04/13 | 0000657899 | TOOLS FOR SUCCESS<br>includes $4.30 HST Tax (0.13%) | 37.35 |
| 04/13 | 0000660075 | MAY ADVERTISING ASSESSMENT<br>includes $233.81 HST Tax (0.13%) | 2,032.34 |
| 04/13 | 0000661879 | MAY MONTHLY FEE<br>includes $948.41 HST Tax (0.13%) | 8,243.89 |
| 04/13 | 0000662324 | MAY 2018 MONTHLY FEE<br>NON-RESIDENT W/H TAX CREDIT | (86.72) |
| 04/17 | 0000663711 | SERVICE CHARGES ON BALANCES<br>45 DAYS OR OLDER<br>includes $0.20 HST Tax (0.13%) | 1.71 |
| 04/18 | 0000663789 | VOTING MEMBER TRAINING MAR 22-23, 2018<br>KAREEM SETHI<br>includes $83.62 HST Tax (0.13%) | 726.87 |
| 04/18 | 0000663790 | GEN MGR TRAINING MAR 26-30, 2018<br>S. WICKRAMASINGHE<br>includes $241.15 HST Tax (0.13%) | 2,096.14 |
| 04/18 | 0000663791 | VOTING MEMBER TRAINING JAN 4-5, 2018<br>K. SETHI - CREDIT | (354.80) |

# BW | Best Western.
## Hotels & Resorts

Page 3

Account #:  66068                                                          Statement Date:        May 1, 2018

**ROEHAMPTON HOTEL & SUITES**
**808 MT. PLEASANT ROAD**
**TORONTO, ONTARIO M4P 2LR CANADA**

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|------|-----------|-------------|--------|
| | | **OPERATING CHARGES, CREDITS** | |
| 04/19 | 0000668233 | REVCASTER<br>MAY 2018 REPORTS<br>includes $15.85 HST Tax (0.13%) | 137.77 |
| 04/20 | 0000670511 | MAY 2018 VSAT<br>MONTHLY COMMUNICATION CHARGE<br>includes $9.80 HST Tax (0.13%) | 85.21 |
| 04/20 | 0000672351 | MAY 2018 VSAT EQUIPMENT<br>MONTHLY TERMINAL CHARGE<br>includes $1.09 HST Tax (0.13%) | 9.47 |
| 04/20 | 0000674638 | TWO-WAY MAINTENANCE - APR18<br>PROPERTY 66068<br>includes $12.23 HST Tax (0.13%) | 106.33 |
| 04/23 | 0000675927 | GDS 03/23-04/22 - SEE AIRLINE RESERVATION BILLING  ATTACHED<br>includes $51.63 HST Tax (0.13%) | 448.80 |
| 04/23 | 0000677991 | 3RD PTY INTERNET FEE 03/23-04/22- SEE AIRLINE RESERVATION BILLING  ATTACHED<br>includes $103.20 HST Tax (0.13%) | 897.02 |
| 04/23 | 0000679406 | GFIT / CENTRAL BILL - SEE FIT PROPERTY REPORT ATTACHED | (3,009.26) |
| 04/26 | 0000684633 | TRAVEL CARD REDEMPTION- SEE ATTACHED | (1,562.41) |
| 04/26 | 0000686718 | COMMISSION JUNCTION CHARGES- SEE COMMISSION JUNCTION COMMISSIONS ATTACHED<br>includes $10.43 HST Tax (0.13%) | 90.66 |
| 04/26 | 0000689560 | FLAT COMMISSION - BESTCHEQUE _ SEE TRAVEL AGENT COMMISSIONS ATTACHED<br>includes $38.53 HST Tax (0.13%) | 334.90 |
| 04/26 | 0000691641 | TRAVEL AGENT COMMISSIONS - SEE ATTACHED<br>includes $196.83 HST Tax (0.13%) | 1,710.94 |
| 04/26 | 0000693629 | BESTCHEQUE/TA DIRECT-SEE TA COMMISSIONS BACKUP<br>includes $177.58 HST Tax (0.13%) | 1,543.60 |
| 04/26 | 0000695450 | TECHNOLOGY ASSESSMENT-SEE DETAILS IN MEMBER WEB<br>includes $198.84 HST Tax (0.13%) | 1,728.37 |
| 04/26 | 0000697162 | PERFORMANCE BASED MARKETING SUPPORT.PBM@BESTWESTERN.COM- SEE ATTACHED<br>includes $222.24 HST Tax (0.13%) | 1,931.80 |

# BW | Best Western.
### Hotels & Resorts

Account #:  66068                                                                                     Statement Date:            May 1, 2018

**ROEHAMPTON HOTEL & SUITES**
**808 MT. PLEASANT ROAD**
**TORONTO, ONTARIO M4P 2LR CANADA**

| | | OPERATING CHARGES, CREDITS | |
|---|---|---|---|
| **DATE** | **REFERENCE** | **DESCRIPTION** | **AMOUNT** |
| 04/27 | 0000699023 | T1485 127896148 HILL 3/10/19 | 161.70 |
| | | 180310-9324 CHG 1 NT ACCOMMOD | |
| 04/27 | 0000700999 | MAY 18-ONPQ COOP FEES | 551.07 |
| | | MONTH OF MAY 18 | |
| | | includes $63.40 HST Tax (0.13%) | |
| 04/30 | 0000703485 | SALES & MARKETING ASSESSMENT | 1,383.52 |
| | | SEE DETAILS IN MEMBER WEB | |
| | | includes $159.17 HST Tax (0.13%) | |
| **Total Operating Charges, Credits** | | | **19,421.07** |

| | | BW REWARDS PROGRAM CHARGES, CREDITS | |
|---|---|---|---|
| **DATE** | **REFERENCE** | **DESCRIPTION** | **AMOUNT** |
| 04/05 | 0000646917 | PARTNER REWARDS - SEE PARTNER REWARDS DETAIL ACTIVITY REPORT ATTACHED | 540.74 |
| | | includes $62.21 HST Tax (0.13%) | |
| 04/05 | 0000647503 | AIR MILES - SEE PARTNER REWARDS DETAIL ACTIVITY REPORT ATTACHED | 40.13 |
| | | includes $4.62 HST Tax (0.13%) | |
| 04/05 | 0000648746 | BW REWARDS CHARGE - SEE BWR DETAIL ACTIVITY REPORT ATTACHED | 10,421.39 |
| | | includes $1,198.92 HST Tax (0.13%) | |
| 04/05 | 0000651342 | FREE NIGHT VOUCHER CREDITS- SEE ATTACHED | (1,500.30) |
| 04/05 | 0000651565 | PARTNER REWARDS REBATE - SEE PARTNER REWARDS DETAIL ACTIVITY REPORT ATTACHED | (46.23) |
| 04/06 | 0000653065 | BW REWARDS REBATE - SEE BWR DETAIL ACTIVITY REPORT ATTACHED | (1,613.16) |
| **Total BW Rewards Program Fees and Credits** | | | **7,842.57** |



**BEST WESTERN INTERNATIONAL, INC.**
**P.O. BOX 99226,STN A**
**TORONTO, ON M5W OJ6 CANADA**

ROEHAMPTON HOTEL & SUITES
808 MT. PLEASANT ROAD
TORONTO, ONTARIO M4P 2LR CANADA

# BW | Best Western®
## Hotels & Resorts

**BEST WESTERN INTERNATIONAL, INC.**
**P.O. BOX 99226,STN A**
**TORONTO, ON M5W OJ6 CANADA**

**Statement Date:**             Jun 1, 2018

**GST Registration #124759580**

| | |
|---|---|
| **CAD Amount Due :** | 38,075.43 |
| **Canadian $ Paid :** | |
| **Alternatively Pay US $:** | 29,635.40 |
| **US $ Paid:** | |

**Account #:  66068**

ROEHAMPTON HOTEL & SUITES
808 MT. PLEASANT ROAD
TORONTO, ONTARIO M4P 2LR CANADA

Billing Inquiries:
1-800-670-7234

PLEASE CUT HERE AND RETURN WITH YOUR PAYMENT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## OPERATING ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | 27,364.04 | **Aging Summary** | |
| Payments | 0.00 | Current | 10,711.39 |
| Operating Charges, Credits | 3,311.36 | 30 Days | 27,263.64 |
| BWS Charges, Credits | 0.00 | 60 Days | 0.00 |
| BWR Program Charges, Credits | 7,400.03 | 90 Days | 0.00 |
| | | 120 Days & Over | 100.40 |
| | | Payment Not Yet Applied to Invoices | 0.00 |
| Ending Balance-Amount Due | 38,075.43 | | 38,075.43 |

| | | | |
|---|---|---|---|
| **BW Supply Credit & Deposit Summary** | | **BW Supply Credit Available (*):** | |
| Credit Base | 0.00 | | 0.00 |
| Plus: Letters of Credit | 0.00 | | |
| Plus: Cash Deposits | 0.00 | (*) Total Line of Credit less | |
| Plus: Renovation Credit | 0.00 | BWS orders outstanding not | |
| | | yet billed not yet paid. | |
| Total Line of Credit | 0.00 | | |

## PAYMENT OPTIONS

| **To pay by EFT:** | | **To pay by check:** | |
|---|---|---|---|
| BWI Bank: | Royal bank of Canada | Payable to: | Best Western International, Inc. |
| Address: | 180 Wellington St. West, 5th Floor | Mail to: | Best Western International, Inc. |
| | Toronto, ON M5J 1J1 | | P.O. Box 99226, STNA |
| Bank ID #: | 00309591 | | Toronto, ON M5WOJ6 Canada |
| Beneficiary Name: | Best Western International, Inc. | PLEASE: | INCLUDE YOUR ACCOUNT NUMBER |
| Beneficiary account #: | 1043413 | | |
| PLEASE: | INCLUDE YOUR ACCOUNT NUMBER | | |

## IMPORTANT NEWS

Thank you for your prompt payment. If you are not paying your statement in full, please provide a detailed explanation for the difference.

DUE AND PAYABLE UPON RECEIPT. All accounts 45 days and older are subject to a 1 1/2% late charge per month (APR18%).

Each BEST WESTERN® branded hotel is independently owned and operated.

# BW | Best Western®
## Hotels & Resorts

Page 2

Account #:  66068

Statement Date:       Jun 1, 2018

**ROEHAMPTON HOTEL & SUITES**
**808 MT. PLEASANT ROAD**
**TORONTO, ONTARIO M4P 2LR CANADA**

| | | OPERATING CHARGES, CREDITS | |
|---|---|---|---|
| **DATE** | **REFERENCE** | **DESCRIPTION** | **AMOUNT** |
| 05/07 | 0000711465 | VARIABLE CONSORTIA CWT - SEE ATTACHED<br>includes $9.52 HST Tax (13%) | 82.75 |
| 05/17 | 0000722884 | 180509-9068, CR FOR GUEST<br>MARGARET BURKE, 5/9/18 | (11.56) |
| 05/17 | 0000724324 | SERVICE CHARGES ON BALANCES<br>45 DAYS OR OLDER<br>includes $0.20 HST Tax (13%) | 1.71 |
| 05/17 | 0000728516 | REVCASTER<br>CREDIT MAY REPORTS | (137.77) |
| 05/18 | 0000732510 | GM TRAINING PHOENIX, AZ APR 16-20,2018<br>ALWYN ALMEIDA<br>includes $240.35 HST Tax (13%) | 2,089.17 |
| 05/18 | 0000732511 | GM TRAINING PHOENIX, AZ APR 16-20,2018<br>KAREEM SETHI<br>includes $200.26 HST Tax (13%) | 1,740.73 |
| 05/18 | 0000732764 | 4/13/18 QA PROBATION ASSESSMEN<br>INSPECTION FEE<br>includes $350.75 HST Tax (13%) | 3,048.82 |
| 05/21 | 0000733324 | MAY 2018 VSAT<br>COMMUNICATION CHG ($58.50 USD) | (84.93) |
| 05/21 | 0000733325 | CREDIT MAY 2018 VSAT EQUIPMENT<br>TERMINAL CHARGE ($6.50 USD) | (9.44) |
| 05/22 | 0000737157 | GDS 04/23-05/22 - SEE AIRLINE RESERVATION BILLING  ATTACHED<br>includes $85.77 HST Tax (13%) | 745.51 |
| 05/22 | 0000739223 | 3RD PTY INTERNET FEE 04/23-05/22- SEE AIRLINE RESERVATION BILLING  ATTACHED<br>includes $118.89 HST Tax (13%) | 1,033.41 |
| 05/22 | 0000740958 | ANNUAL RUNTRIZ SUBSCRIPTION<br>includes $150.32 HST Tax (13%) | 1,306.64 |
| 05/24 | 0000741896 | GFIT / CENTRAL BILL - SEE FIT PROPERTY REPORT ATTACHED | (5,987.35) |
| 05/26 | 0000744090 | TRAVEL CARD REDEMPTION- SEE ATTACHED | (957.81) |
| 05/26 | 0000749508 | TECHNOLOGY ASSESSMENT-SEE DETAILS IN MEMBER WEB<br>includes $49.47 HST Tax (13%) | 429.98 |

# BW | Best Western.
## Hotels & Resorts

Page 3

**Account #:  66068**

**Statement Date:**     Jun 1, 2018

**ROEHAMPTON HOTEL & SUITES**
**808 MT. PLEASANT ROAD**
**TORONTO, ONTARIO M4P 2LR CANADA**

| | | OPERATING CHARGES, CREDITS | | |
|---|---|---|---|---|
| **DATE** | **REFERENCE** | **DESCRIPTION** | | **AMOUNT** |
| 05/29 | 0000753384 | FLAT COMMISSION - BESTCHEQUE _ SEE TRAVEL AGENT COMMISSIONS ATTACHED<br>includes $2.47 HST Tax (13%) | | 21.50 |
| **Total Operating Charges, Credits** | | | | **3,311.36** |

| | | BW REWARDS PROGRAM CHARGES, CREDITS | | |
|---|---|---|---|---|
| **DATE** | **REFERENCE** | **DESCRIPTION** | | **AMOUNT** |
| 05/04 | 0000704417 | PARTNER REWARDS - SEE PARTNER REWARDS DETAIL ACTIVITY REPORT ATTACHED<br>includes $84.10 HST Tax (13%) | | 731.02 |
| 05/04 | 0000706134 | AIR MILES - SEE PARTNER REWARDS DETAIL ACTIVITY REPORT ATTACHED<br>includes $9.48 HST Tax (13%) | | 82.41 |
| 05/07 | 0000708505 | BW REWARDS CHARGE - SEE BWR DETAIL ACTIVITY REPORT ATTACHED<br>includes $1,024.72 HST Tax (13%) | | 8,907.21 |
| 05/07 | 0000708760 | FREE NIGHT VOUCHER CREDITS- SEE ATTACHED | | (1,014.35) |
| 05/07 | 0000713878 | BW REWARDS REBATE - SEE BWR DETAIL ACTIVITY REPORT ATTACHED | | (1,306.26) |
| **Total BW Rewards Program Fees and Credits** | | | | **7,400.03** |



**BEST WESTERN INTERNATIONAL, INC.**
**P.O. BOX 99226,STN A**
**TORONTO, ON M5W OJ6 CANADA**

ROEHAMPTON HOTEL & SUITES
808 MT. PLEASANT ROAD
TORONTO, ONTARIO M4P 2LR CANADA

1554404.2018070121001.00427

# BW | Best Western.
## Hotels & Resorts

**BEST WESTERN INTERNATIONAL, INC.**
P.O. BOX 99226,STN A
TORONTO, ON M5W OJ6 CANADA

Statement Date:                  Jul 1, 2018

GST Registration #124759580

| | |
|---|---|
| CAD Amount Due : | 104,057.80 |
| Canadian $ Paid : | |
| Alternatively Pay US $: | 80,828.35 |
| US $ Paid: | |

Account #:  66068

ROEHAMPTON HOTEL & SUITES
808 MT. PLEASANT ROAD
TORONTO, ONTARIO M4P 2LR CANADA

Billing Inquiries:
1-800-670-7234

PLEASE CUT HERE AND RETURN WITH YOUR PAYMENT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## OPERATING ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | 38,075.43 | **Aging Summary** | |
| Payments | 0.00 | Current | 65,982.37 |
| Operating Charges, Credits | 63,033.40 | 30 Days | 10,711.39 |
| BWS Charges, Credits | 0.00 | 60 Days | 27,263.64 |
| BWR Program Charges, Credits | 2,948.97 | 90 Days | 0.00 |
| | | 120 Days & Over | 100.40 |
| | | Payment Not Yet Applied to Invoices | 0.00 |
| Ending Balance-Amount Due | 104,057.80 | | 104,057.80 |

| | | | |
|---|---|---|---|
| **BW Supply Credit & Deposit Summary** | | **BW Supply Credit Available (*):** | |
| Credit Base | 0.00 | | 0.00 |
| Plus: Letters of Credit | 0.00 | | |
| Plus: Cash Deposits | 0.00 | (*) Total Line of Credit less | |
| Plus: Renovation Credit | 0.00 | BWS orders outstanding not | |
| | | yet billed not yet paid. | |
| Total Line of Credit | 0.00 | | |

## PAYMENT OPTIONS

| | | | |
|---|---|---|---|
| **To pay by EFT:** | | **To pay by check:** | |
| BWI Bank: | Royal bank of Canada | Payable to: | Best Western International, Inc. |
| Address: | 180 Wellington St. West, 5th Floor | Mail to: | Best Western International, Inc. |
| | Toronto, ON M5J 1J1 | | P.O. Box 99226, STNA |
| Bank ID #: | 00309591 | | Toronto, ON M5WOJ6 Canada |
| Beneficiary Name: | Best Western International, Inc. | PLEASE: | INCLUDE YOUR ACCOUNT NUMBER |
| Beneficiary account #: | 1043413 | | |
| PLEASE: | INCLUDE YOUR ACCOUNT NUMBER | | |

## IMPORTANT NEWS

Thank you for your prompt payment. If you are not paying your statement in full, please provide a detailed explanation for the difference.

DUE AND PAYABLE UPON RECEIPT. All accounts 45 days and older are subject to a 1 1/2% late charge per month (APR18%).

Each BEST WESTERN® branded hotel is independently owned and operated.

# BW | Best Western.
## Hotels & Resorts

Page 2

**Account #: 66068**

**Statement Date:** Jul 1, 2018

**ROEHAMPTON HOTEL & SUITES**
**808 MT. PLEASANT ROAD**
**TORONTO, ONTARIO M4P 2LR CANADA**

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | | **OPERATING CHARGES, CREDITS** | |
| 06/07 | 0000773355 | VARIABLE CONSORTIA CWT - SEE ATTACHED<br>includes $14.56 HST Tax (13%) | 126.56 |
| 06/07 | 0000774406 | 2018 AAA OFFICIAL APPOINTMENT<br>PROGRAM FEE 1789319<br>includes $122.59 HST Tax (13%) | 1,065.59 |
| 06/18 | 0000783057 | 180514-2479, CR FOR GUEST<br>DONALD LORTIE, 5/9/18 | (136.49) |
| 06/18 | 0000783058 | 180514-2473, CR FOR GUEST<br>DONALD LORTIE, 5/9/18 | (41.92) |
| 06/19 | 0000787341 | SERVICE CHARGES ON BALANCES<br>45 DAYS OR OLDER<br>includes $53.36 HST Tax (13%) | 463.82 |
| 06/22 | 0000795556 | GDS 05/23-06/22 - SEE AIRLINE RESERVATION BILLING  ATTACHED<br>includes $15.87 HST Tax (13%) | 137.91 |
| 06/22 | 0000797652 | 3RD PTY INTERNET FEE 05/23-06/22- SEE AIRLINE RESERVATION BILLING  ATTACHED<br>includes $85.02 HST Tax (13%) | 739.02 |
| 06/26 | 0000804674 | GFIT / CENTRAL BILL - SEE FIT PROPERTY REPORT ATTACHED | (3,662.96) |
| 06/27 | 0000819908 | JUNE 2018 - NOVEMBER 2018 - MONTHLY<br>FEES - ADMIN CANCELLED 5/2/18<br>includes $5,683.01 HST Tax (13%) | 49,398.44 |
| 06/27 | 0000819909 | JUNE 2018 - NOVEMBER 2018<br>ADVERTISING ASSESSMENT<br>includes $1,401.01 HST Tax (13%) | 12,178.03 |
| 06/27 | 0000819910 | JUNE 2018 - NOVEMBER 2018 ON/PQ<br>COOP FEES<br>includes $380.38 HST Tax (13%) | 3,306.40 |
| 06/27 | 0000822437 | POSTBILL 2018 DISTRICT III MEETING<br>REFUND REG FEES | (541.00) |
| **Total Operating Charges, Credits** | | | **63,033.40** |

# BW | Best Western.
## Hotels & Resorts

Page 3

**Account #:  66068**

**Statement Date:**          Jul 1, 2018

**ROEHAMPTON HOTEL & SUITES**
**808 MT. PLEASANT ROAD**
**TORONTO, ONTARIO M4P 2LR CANADA**

| BW REWARDS PROGRAM CHARGES, CREDITS | | | |
|---|---|---|---:|
| <u>DATE</u> | <u>REFERENCE</u> | <u>DESCRIPTION</u> | <u>AMOUNT</u> |
| 06/04 | 0000764858 | PARTNER REWARDS - SEE PARTNER REWARDS DETAIL ACTIVITY REPORT ATTACHED<br>includes $77.67 HST Tax (13%) | 675.16 |
| 06/04 | 0000766142 | AIR MILES - SEE PARTNER REWARDS DETAIL ACTIVITY REPORT ATTACHED<br>includes $6.59 HST Tax (13%) | 57.29 |
| 06/04 | 0000767692 | BW REWARDS CHARGE - SEE BWR DETAIL ACTIVITY REPORT ATTACHED<br>includes $364.68 HST Tax (13%) | 3,169.89 |
| 06/04 | 0000770144 | FREE NIGHT VOUCHER CREDITS- SEE ATTACHED | (347.60) |
| 06/07 | 0000771901 | BW REWARDS REBATE - SEE BWR DETAIL ACTIVITY REPORT ATTACHED | (605.77) |
| **Total BW Rewards Program Fees and Credits** | | | **2,948.97** |

1554404.2018070121001.00427



**BEST WESTERN INTERNATIONAL, INC.**
**P.O. BOX 99226,STN A**
**TORONTO, ON M5W OJ6 CANADA**

ROEHAMPTON HOTEL & SUITES
808 MT. PLEASANT ROAD
TORONTO, ONTARIO M4P 2LR CANADA

# BW | Best Western®
## Hotels & Resorts

**BEST WESTERN INTERNATIONAL, INC.**
**P.O. BOX 99226,STN A**
**TORONTO, ON M5W OJ6 CANADA**

**Statement Date:**          Aug 1, 2018

**GST Registration #124759580**

| | |
|---|---|
| **CAD Amount Due :** | 106,439.26 |
| **Canadian $ Paid :** | |
| **Alternatively Pay US $:** | 80,467.87 |
| **US $ Paid:** | |

**Account #:  66068**

ROEHAMPTON HOTEL & SUITES
808 MT. PLEASANT ROAD
TORONTO, ONTARIO M4P 2LR CANADA

Billing Inquiries:
1-800-670-7234

PLEASE CUT HERE AND RETURN WITH YOUR PAYMENT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## OPERATING ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | 104,057.80 | **Aging Summary** | |
| Payments | 0.00 | Current | 2,381.46 |
| Operating Charges, Credits | 2,264.56 | 30 Days | 65,982.37 |
| BWS Charges, Credits | 0.00 | 60 Days | 10,711.39 |
| BWR Program Charges, Credits | 116.90 | 90 Days | 27,263.64 |
| | | 120 Days & Over | 100.40 |
| | | Payment Not Yet Applied to Invoices | 0.00 |
| Ending Balance-Amount Due | 106,439.26 | | 106,439.26 |

| | | | |
|---|---|---|---|
| **BW Supply Credit & Deposit Summary** | | **BW Supply Credit Available (*):** | 0.00 |
| Credit Base | 0.00 | | |
| Plus: Letters of Credit | 0.00 | (*) Total Line of Credit less | |
| Plus: Cash Deposits | 0.00 | BWS orders outstanding not | |
| Plus: Renovation Credit | 0.00 | yet billed not yet paid. | |
| Total Line of Credit | 0.00 | | |

## PAYMENT OPTIONS

**To pay by EFT:**
| | |
|---|---|
| BWI Bank: | Royal bank of Canada |
| Address: | 180 Wellington St. West, 5th Floor |
| | Toronto, ON M5J 1J1 |
| Bank ID #: | 00309591 |
| Beneficiary Name: | Best Western International, Inc. |
| Beneficiary account #: | 1043413 |
| PLEASE: | INCLUDE YOUR ACCOUNT NUMBER |

**To pay by check:**
| | |
|---|---|
| Payable to: | Best Western International, Inc. |
| Mail to: | Best Western International, Inc. |
| | P.O. Box 99226, STNA |
| | Toronto, ON M5WOJ6 Canada |
| PLEASE: | INCLUDE YOUR ACCOUNT NUMBER |

## IMPORTANT NEWS

Thank you for your prompt payment. If you are not paying your statement in full, please provide a detailed explanation for the difference.

DUE AND PAYABLE UPON RECEIPT. All accounts 45 days and older are subject to a 1 1/2% late charge per month (APR18%).

Each BEST WESTERN® branded hotel is independently owned and operated.

# BW | Best Western®
**Hotels & Resorts**

Page 2

**Account #: 66068**

**Statement Date:**     Aug 1, 2018

**ROEHAMPTON HOTEL & SUITES**
**808 MT. PLEASANT ROAD**
**TORONTO, ONTARIO M4P 2LR CANADA**

## OPERATING CHARGES, CREDITS

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 07/12 | 0000837720 | VARIABLE CONSORTIA CWT - SEE ATTACHED<br>includes $10.83 HST Tax (13%) | 94.16 |
| 07/17 | 0000845088 | T1485 637448141 PARENT 6/8/18<br>180710-1806 CHG 2 NTS GUEST PD DIR | 396.00 |
| 07/17 | 0000845485 | SERVICE CHARGES ON BALANCES<br>45 DAYS OR OLDER<br>includes $74.25 HST Tax (13%) | 645.38 |
| 07/24 | 0000862412 | GDS 06/23-07/22 - SEE AIRLINE RESERVATION BILLING  ATTACHED<br>includes $12.23 HST Tax (13%) | 106.28 |
| 07/24 | 0000864510 | 3RD PTY INTERNET FEE 06/23-07/22- SEE AIRLINE RESERVATION BILLING  ATTACHED<br>includes $46.67 HST Tax (13%) | 405.67 |
| 07/24 | 0000865135 | GFIT / CENTRAL BILL - SEE FIT PROPERTY REPORT ATTACHED | (741.92) |
| 07/27 | 0000889054 | T1485 436277374 MORGAN 6/14/18<br>180711-2372 CHG 6 NTS GST PD DIR | 1,188.00 |
| 07/27 | 0000889058 | T1485 732412741 BOIVIN 6/1/18<br>180710-1800 CHG 1 NT GS PD DIR | 170.99 |

**Total Operating Charges, Credits** — **2,264.56**

## BW REWARDS PROGRAM CHARGES, CREDITS

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 07/10 | 0000832650 | BW REWARDS CHARGE - SEE BWR DETAIL ACTIVITY REPORT ATTACHED<br>includes $13.45 HST Tax (13%) | 116.90 |

**Total BW Rewards Program Fees and Credits** — **116.90**



**BEST WESTERN INTERNATIONAL, INC.**
**P.O. BOX 99226,STN A**
**TORONTO, ON M5W OJ6 CANADA**

ROEHAMPTON HOTEL & SUITES
808 MT. PLEASANT ROAD
TORONTO, ONTARIO M4P 2LR CANADA

## BW | Best Western®
### Hotels & Resorts

**BEST WESTERN INTERNATIONAL, INC.**
**P.O. BOX 99226,STN A**
**TORONTO, ON M5W OJ6 CANADA**

Statement Date:                    Sep 1, 2018

GST Registration #124759580

| | |
|---|---|
| CAD Amount Due : | 108,844.01 |
| Canadian $ Paid : | |
| Alternatively Pay US $: | 83,466.05 |
| US $ Paid: | |

Account #:  66068

ROEHAMPTON HOTEL & SUITES
808 MT. PLEASANT ROAD
TORONTO, ONTARIO M4P 2LR CANADA

Billing Inquiries:
1-800-670-7234

PLEASE CUT HERE AND RETURN WITH YOUR PAYMENT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### OPERATING ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | 106,439.26 | **Aging Summary** | |
| Payments | 0.00 | Current | 2,404.75 |
| Operating Charges, Credits | 2,482.99 | 30 Days | 2,381.46 |
| BWS Charges, Credits | 0.00 | 60 Days | 65,982.37 |
| BWR Program Charges, Credits | (78.24) | 90 Days | 10,711.39 |
| | | 120 Days & Over | 27,364.04 |
| | | Payment Not Yet Applied to Invoices | 0.00 |
| Ending Balance-Amount Due | 108,844.01 | | 108,844.01 |

| | | | |
|---|---|---|---|
| **BW Supply Credit & Deposit Summary** | | **BW Supply Credit Available (*):** | |
| Credit Base | 0.00 | | 0.00 |
| Plus: Letters of Credit | 0.00 | | |
| Plus: Cash Deposits | 0.00 | (*) Total Line of Credit less | |
| Plus: Renovation Credit | 0.00 | BWS orders outstanding not | |
| | | yet billed not yet paid. | |
| Total Line of Credit | 0.00 | | |

### PAYMENT OPTIONS

| **To pay by EFT:** | | **To pay by check:** | |
|---|---|---|---|
| BWI Bank: | Royal bank of Canada | Payable to: | Best Western International, Inc. |
| Address: | 180 Wellington St. West, 5th Floor | Mail to: | Best Western International, Inc. |
| | Toronto, ON M5J 1J1 | | P.O. Box 99226, STNA |
| Bank ID #: | 00309591 | | Toronto, ON M5WOJ6 Canada |
| Beneficiary Name: | Best Western International, Inc. | PLEASE: | INCLUDE YOUR ACCOUNT NUMBER |
| Beneficiary account #: | 1043413 | | |
| PLEASE: | INCLUDE YOUR ACCOUNT NUMBER | | |

### IMPORTANT NEWS

Thank you for your prompt payment. If you are not paying your statement in full, please provide a detailed explanation for the difference.

DUE AND PAYABLE UPON RECEIPT. All accounts 45 days and older are subject to a 1 1/2% late charge per month (APR18%).

Each BEST WESTERN® branded hotel is independently owned and operated.

# BW | Best Western.
## Hotels & Resorts

Page 2

**Account #:  66068**

**Statement Date:**            Sep 1, 2018

**ROEHAMPTON HOTEL & SUITES**
**808 MT. PLEASANT ROAD**
**TORONTO, ONTARIO M4P 2LR CANADA**

| OPERATING CHARGES, CREDITS | | | |
|---|---|---|---|
| DATE | REFERENCE | DESCRIPTION | AMOUNT |
| 08/14 | 0000912863 | T1485 936744461 ORSER 7/17/19 180806-1556 CHG 1 NT GST PD DIR | 170.99 |
| 08/17 | 0000913120 | SERVICE CHARGES ON BALANCES 45 DAYS OR OLDER includes $202.91 HST Tax (13%) | 1,763.78 |
| 08/23 | 0000924175 | GFIT / CENTRAL BILL - SEE FIT PROPERTY REPORT ATTACHED | (198.00) |
| 08/23 | 0000926227 | GDS 07/23-08/22 - SEE AIRLINE RESERVATION BILLING  ATTACHED includes $2.68 HST Tax (13%) | 23.28 |
| 08/23 | 0000928322 | 3RD PTY INTERNET FEE 07/23-08/22- SEE AIRLINE RESERVATION BILLING  ATTACHED includes $83.17 HST Tax (13%) | 722.94 |
| **Total Operating Charges, Credits** | | | **2,482.99** |

| BW REWARDS PROGRAM CHARGES, CREDITS | | | |
|---|---|---|---|
| DATE | REFERENCE | DESCRIPTION | AMOUNT |
| 08/07 | 0000900725 | FREE NIGHT VOUCHER CREDITS- SEE ATTACHED | (78.24) |
| **Total BW Rewards Program Fees and Credits** | | | **(78.24)** |



**BEST WESTERN INTERNATIONAL, INC.**
**P.O. BOX 99226,STN A**
**TORONTO, ON M5W OJ6 CANADA**

ROEHAMPTON HOTEL & SUITES
808 MT. PLEASANT ROAD
TORONTO, ONTARIO M4P 2LR CANADA

# BW | Best Western.
### Hotels & Resorts

| | |
|---|---|
| **BEST WESTERN INTERNATIONAL, INC.** | **Statement Date:**    Oct 1, 2018 |
| **P.O. BOX 99226,STN A** | |
| **TORONTO, ON M5W OJ6 CANADA** | **GST Registration #124759580** |

| | |
|---|---|
| | **CAD Amount Due :**   110,941.64 |
| | **Canadian $ Paid :** |
| **Account #:  66068** | **Alternatively Pay US $:**   85,200.52 |
| | **US $ Paid:** |
| | |
| ROEHAMPTON HOTEL & SUITES | |
| 808 MT. PLEASANT ROAD | Billing Inquiries: |
| TORONTO, ONTARIO M4P 2LR CANADA | 1-800-670-7234 |

PLEASE CUT HERE AND RETURN WITH YOUR PAYMENT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### OPERATING ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | 108,844.01 | **Aging Summary** | |
| Payments | 0.00 | Current | 2,097.63 |
| Operating Charges, Credits | 2,097.63 | 30 Days | 2,404.75 |
| BWS Charges, Credits | 0.00 | 60 Days | 2,381.46 |
| BWR Program Charges, Credits | 0.00 | 90 Days | 65,982.37 |
| | | 120 Days & Over | 38,075.43 |
| | | Payment Not Yet Applied to Invoices | 0.00 |
| Ending Balance-Amount Due | 110,941.64 | | 110,941.64 |

| | | | |
|---|---|---|---|
| **BW Supply Credit & Deposit Summary** | | **BW Supply Credit Available (*):** | |
| Credit Base | 0.00 | | 0.00 |
| Plus: Letters of Credit | 0.00 | | |
| Plus: Cash Deposits | 0.00 | (*) Total Line of Credit less | |
| Plus: Renovation Credit | 0.00 | BWS orders outstanding not | |
| | | yet billed not yet paid. | |
| Total Line of Credit | 0.00 | | |

### PAYMENT OPTIONS

| | | | |
|---|---|---|---|
| **To pay by EFT:** | | **To pay by check:** | |
| BWI Bank: | Royal bank of Canada | Payable to: | Best Western International, Inc. |
| Address: | 180 Wellington St. West, 5th Floor | Mail to: | Best Western International, Inc. |
| | Toronto, ON M5J 1J1 | | P.O. Box 99226, STNA |
| Bank ID #: | 00309591 | | Toronto, ON M5WOJ6 Canada |
| Beneficiary Name: | Best Western International, Inc. | PLEASE: | INCLUDE YOUR ACCOUNT NUMBER |
| Beneficiary account #: | 1043413 | | |
| PLEASE: | INCLUDE YOUR ACCOUNT NUMBER | | |

### IMPORTANT NEWS

Thank you for your prompt payment. If you are not paying your statement in full, please provide a detailed explanation for the difference.

DUE AND PAYABLE UPON RECEIPT. All accounts 45 days and older are subject to a 1 1/2% late charge per month (APR18%).

Each BEST WESTERN® branded hotel is independently owned and operated.

# BW | Best Western.
## Hotels & Resorts

Page 2

**Account #:  66068**

**Statement Date:**          Oct 1, 2018

**ROEHAMPTON HOTEL & SUITES**
**808 MT. PLEASANT ROAD**
**TORONTO, ONTARIO M4P 2LR CANADA**

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | | **OPERATING CHARGES, CREDITS** | |
| 09/08 | 0000960012 | VARIABLE CONSORTIA CWT - SEE ATTACHED<br>includes $1.02 HST Tax (13%) | 8.83 |
| 09/17 | 0000973231 | T1485 572387049 SMITH 8/11/18<br>180829-8889 CHG 1 NT GST PD DIR | 198.00 |
| 09/18 | 0000976893 | SERVICE CHARGES ON BALANCES<br>45 DAYS OR OLDER<br>includes $207.56 HST Tax (13%) | 1,804.15 |
| 09/24 | 0000986164 | GDS 08/23-09/22 - SEE AIRLINE RESERVATION BILLING  ATTACHED<br>includes $2.67 HST Tax (13%) | 23.24 |
| 09/24 | 0000988265 | 3RD PTY INTERNET FEE 08/23-09/22- SEE AIRLINE RESERVATION BILLING  ATTACHED<br>includes $32.06 HST Tax (13%) | 278.68 |
| 09/24 | 0000989670 | GFIT / CENTRAL BILL - SEE FIT PROPERTY REPORT ATTACHED | (215.27) |
| **Total Operating Charges, Credits** | | | **2,097.63** |



**BEST WESTERN INTERNATIONAL, INC.**
**P.O. BOX 99226,STN A**
**TORONTO, ON M5W OJ6 CANADA**

ROEHAMPTON HOTEL & SUITES
808 MT. PLEASANT ROAD
TORONTO, ONTARIO M4P 2LR CANADA

# BW | Best Western®
## Hotels & Resorts

**BEST WESTERN INTERNATIONAL, INC.**
**P.O. BOX 99226,STN A**
**TORONTO, ON M5W OJ6 CANADA**

**Statement Date:**              Nov 1, 2018

**GST Registration #124759580**

| | |
|---|---|
| **CAD Amount Due :** | 112,933.63 |
| **Canadian $ Paid :** | |
| **Alternatively Pay US $:** | 86,679.61 |
| **US $ Paid:** | |

**Account #:  66068**

ROEHAMPTON HOTEL & SUITES
808 MT. PLEASANT ROAD
TORONTO, ONTARIO M4P 2LR CANADA

Billing Inquiries:
1-800-670-7234

PLEASE CUT HERE AND RETURN WITH YOUR PAYMENT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## OPERATING ACCOUNT SUMMARY

| Beginning Balance | 110,941.64 | | Aging Summary | |
|---|---|---|---|---|
| Payments | 0.00 | | Current | 1,991.99 |
| Operating Charges, Credits | 1,991.99 | | 30 Days | 2,097.63 |
| BWS Charges, Credits | 0.00 | | 60 Days | 2,404.75 |
| BWR Program Charges, Credits | 0.00 | | 90 Days | 2,381.46 |
| | | | 120 Days & Over | 104,057.80 |
| | | | Payment Not Yet Applied to Invoices | 0.00 |
| Ending Balance-Amount Due | 112,933.63 | | | 112,933.63 |

| BW Supply Credit & Deposit Summary | | | BW Supply Credit Available (*): | |
|---|---|---|---|---|
| Credit Base | 0.00 | | | 0.00 |
| Plus: Letters of Credit | 0.00 | | | |
| Plus: Cash Deposits | 0.00 | | (*) Total Line of Credit less | |
| Plus: Renovation Credit | 0.00 | | BWS orders outstanding not | |
| | | | yet billed not yet paid. | |
| Total Line of Credit | 0.00 | | | |

## PAYMENT OPTIONS

| To pay by EFT: | | To pay by check: | |
|---|---|---|---|
| BWI Bank: | Royal bank of Canada | Payable to: | Best Western International, Inc. |
| Address: | 180 Wellington St. West, 5th Floor | Mail to: | Best Western International, Inc. |
| | Toronto, ON M5J 1J1 | | P.O. Box 99226, STNA |
| Bank ID #: | 00309591 | | Toronto, ON M5WOJ6 Canada |
| Beneficiary Name: | Best Western International, Inc. | PLEASE: | INCLUDE YOUR ACCOUNT NUMBER |
| Beneficiary account #: | 1043413 | | |
| PLEASE: | INCLUDE YOUR ACCOUNT NUMBER | | |

## IMPORTANT NEWS

Thank you for your prompt payment. If you are not paying your statement in full, please provide a detailed explanation for the difference.

DUE AND PAYABLE UPON RECEIPT. All accounts 45 days and older are subject to a 1 1/2% late charge per month (APR18%).

Each BEST WESTERN® branded hotel is independently owned and operated.

# BW | Best Western.
## Hotels & Resorts

Page 2

**Account #:  66068**

**Statement Date:**               Nov 1, 2018

**ROEHAMPTON HOTEL & SUITES**
**808 MT. PLEASANT ROAD**
**TORONTO, ONTARIO M4P 2LR CANADA**

| | | OPERATING CHARGES, CREDITS | |
|---|---|---|---|
| **DATE** | **REFERENCE** | **DESCRIPTION** | **AMOUNT** |
| 10/17 | 0001040367 | SERVICE CHARGES ON BALANCES<br>45 DAYS OR OLDER<br>includes $212.25 HST Tax (13%) | 1,844.91 |
| 10/22 | 0001048190 | GDS 09/23-10/22 - SEE AIRLINE RESERVATION BILLING  ATTACHED<br>includes $1.34 HST Tax (13%) | 11.63 |
| 10/22 | 0001050312 | 3RD PTY INTERNET FEE 09/23-10/22- SEE AIRLINE RESERVATION BILLING  ATTACHED<br>includes $15.58 HST Tax (13%) | 135.45 |
| 10/23 | 0001051037 | GFIT / CENTRAL BILL - SEE FIT PROPERTY REPORT ATTACHED | (170.99) |
| 10/25 | 0001057604 | T1485 415752244 HUNT 9/27/18<br>181024-2849 CHG 1 NT GST PD DIR | 170.99 |

| **Total Operating Charges, Credits** | **1,991.99** |
|---|---|