John E. DeWulf (006850)
D. Andrew Gaona (028414)
**COPPERSMITH BROCKELMAN PLC**
2800 North Central Avenue, Suite 1900
Phoenix, Arizona 85004
T: (602) 224-0999
F: (602) 224-6020
jdewulf@cblawyers.com
agaona@cblawyers.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Best Western International, Inc., an Arizona non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>2245883 Ontario, Inc., an Ontario corporation; Kareem Eusoph Sethi and Jane Doe Sethi, husband and wife,<br><br>Defendants. | No. CV-18-04677-PHX-SMB<br><br>**CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of Defendant 2245883 Ontario, Inc. in compliance with the provisions of: *(check one)*

**X**  Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

\_\_  Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

\_\_  Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation, the government must file a statement

identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

__  No such corporation.

__  Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

_____ Relationship_____

__  Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed).*

_____ Relationship_____

**X**  Other (please explain)

Defendant 2245883 Ontario, Inc. is owned by Nor-Sham Inc., which in turn is owned by Ruwenzori Enterprises, Ltd.

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Respectfully submitted this 1st day of April, 2019.

**COPPERSMITH BROCKELMAN PLC**

By: s/ D. Andrew Gaona
    John E. DeWulf
    D. Andrew Gaona

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

s/ Sheri McAlister