**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
201 East Washington Street, Suite 1200
Phoenix, Arizona 85004-2595

**Jared Sutton** (State Bar No. 028887)
Direct Dial: 602.262.0259
Direct Fax: 602.734.3924
E-mail: jsutton@lrrc.com

**Jennifer Lee-Cota** (State Bar No. 033190)
Direct Dial: 602.262.5368
Direct Fax: 602.734.5747
E-mail: jleecota@lrrc.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Best Western International, Inc., an Arizona non-profit corporation, | No.: 2:18-CV-04677-PHX-SMB |
| Plaintiff, | **STIPULATION TO DISMISS** |
| vs. | |
| 2245883 Ontario, Inc., an Ontario corporation; Kareem Eusoph Sethi and Jane Doe Sethi, husband and wife, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal of all claims, with prejudice, each party to bear its own fees and costs.

DATED this 30th day of August, 2019.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

By:   */s/ Jared L. Sutton*
      Jared Sutton
      Jennifer Lee-Cota
      *Attorneys for Plaintiff*

COPPERSMITH BROCKELMAN, PLC

By:   */s/ D. Andrew Gaona (w/ permission)*
      John E. DeWulf
      D. Andrew Gaona
      *Attorneys for Defendants*

201 East Washington Street, Suite 1200
Phoenix, Arizona 85004-2595

Lewis Roca
ROTHGERBER CHRISTIE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on 30th day of August, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

John E. DeWulf
D. Andrew Gaona
Coppersmith Brockelman PLC
2800 North Central Avenue, Suite 1900
Phoenix, Arizona 85004
*Attorneys for Defendants*
jdewulf@cblawyers.com
agaona@cblawyers.com

*/s/ Patty Vejar*